## No. 12.

### STATE *against* COX. *Windsor*, 1817.

A new trial will not be granted, for the discovery of new and material testimony, to a point litigated at the trial, provided the case was a very clear one against the respondent.